John P. Massicot
Silvestre & Massicot
3914 Canal St.
New Orleans, Louisiana 70119
(504) 482-3400 Phone
(504) 488-6082 Fax
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>Chris Sutherland and Casann Sutherland v. Pfizer Inc.<br>06-CV-03652 | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: December 30, 2009   By: _____

Silvestre & Massicot
3914 Canal St.
New Orleans, Louisiana 70119
(504) 482-3400 Phone
(504) 488-6082 Fax

*Attorneys for Plaintiffs*

-1-

| | |
|---|---|
| 1 | DATED: Jan. 26, 2010    By: /s/ [signature] |
| 2 | |
| 3 | **DLA PIPER LLP (US)**<br>1251 Avenue of the Americas |
| 4 | New York, New York 10020<br>Telephone: 212-335-4500<br>Facsimile: 212-335-4501 |
| 5 | |
| 6 | *Defendants' Liaison Counsel* |
| 7 | |
| 8 | **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.** |
| 9 | |
| 10 | Dated: FEB 2 2 2010 |
| 11 | Hon. Charles R. Breyer<br>United States District Court |

-2-