John P. Massicot
Silvestre & Massicot
3914 Canal St.
New Orleans, Louisiana 70119
(504) 482-3400 Phone
(504) 488-6082 Fax
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>Chris Sutherland and Casann Sutherland v. Pfizer Inc.<br>06-CV-03652 | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: December 30, 2009     By: _____

Silvestre & Massicot
3914 Canal St.
New Orleans, Louisiana 70119
(504) 482-3400 Phone
(504) 488-6082 Fax

*Attorneys for Plaintiffs*

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  DATED: Jan. 26, 2010    By: _____

2

3  **DLA PIPER LLP (US)**
   1251 Avenue of the Americas
4  New York, New York 10020
   Telephone: 212-335-4500
   Facsimile: 212-335-4501
5
   *Defendants' Liaison Counsel*
6

7
   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
8  IT IS SO ORDERED.**

9

10  Dated: FEB 2 2 2010    _____
                           Hon. Charles R. Breyer
11                         United States District Court

12

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42626994.1